IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKKE LEON GREEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.  CIV-06-62-L |
| ) | |
| JOHN WHETSEL, Sheriff, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on March 17, 2006.  Petitioner, a state prisoner appearing *pro se*, brings this action pursuant to 28 U.S.C. §2254 seeking a writ of habeas corpus.  The Magistrate Judge recommended that the petition for a writ of habeas corpus be dismissed without prejudice to refiling due to petitioner's failure to either pay the required filing fee or to submit a completed *in forma pauperis* application.

The court file reflects that no party has filed a written objection to the Magistrate Judge's Report and Recommendation.  Upon *de novo* review of the entire case file in this matter, the court finds that the Report and Recommendation of the Magistrate Judge should be and is hereby adopted in its entirety.

**Accordingly, the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.**

It is so ordered this 10th day of April, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge